**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| **FRANCISCO ARGENIS PARRA,** ) | **Case No. LA CV 17-05946-VBF-KS** |
| ) | |
| Petitioner, ) | **ORDER** |
| ) | |
| v. ) | Overruling Petitioner's Objections; |
| ) | Adopting Report & Recommendation; |
| ) | Denying the Habeas Corpus Petition; |
| JOE A. LIZARRAGA (Warden), ) | |
| ) | Dismissing the Action With Prejudice; |
| Respondent. ) | Terminating and Closing Action (JS-6) |

The Court has reviewed the 28 U.S.C. § 2254 petition for a writ of habeas corpus, CM/ECF Document ("Doc") 1; the respondent's Amended Answer (Doc 20) and lodged documents (Docs 16 and 21); petitioner's traverse (Doc 29); the November 9, 2018 Amended Report and Recommendation ("R&R") of the Honorable Karen L. Stevenson (Doc 34); and the applicable law. As required by Fed. R. Civ. P. 72(b)(3), the Court has engaged in de novo review of the portions of the R&R to which petitioner has specifically objected and finds no defect of law, fact, or logic in the R&R. The Court finds discussion of the objections to be unnecessary on this record. *See MacKenzie v. Calif. AG*, 2016 WL 5339566, *1 (C.D. Cal. Sept. 21, 2016); *Smith v. Calif. Jud. Council*, 2016 WL 6069179, *2 (C.D. Cal. Oct. 17, 2016). Accordingly, the Court will accept the Magistrate Judge's factual findings and legal conclusions and implement his recommendations.

ORDER

Petitioner's request for an evidentiary hearing is **DENIED**.

Petitioner's objection **[Doc # 35] is OVERRULED.**

The Amended Report and Recommendation **[Doc # 34] is ADOPTED.**

The petition for a writ of habeas corpus **[Doc # 1] is DENIED.**

Final judgment consistent with this order will be entered separately as required by Fed. R. Civ. P. 58(a). *See Jayne v. Sherman*, 706 F.3d 994, 1009 (9th Cir. 2013).

**This action is DISMISSED with prejudice.**

**The case SHALL BE TERMINATED and closed (JS-6).**

IT IS SO ORDERED.

Dated: December 27, 2018

Hon. Valerie Baker Fairbank

Senior United States District Judge