JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| FRANCISCO ARGENIS PARRA,<br>　　　　Petitioner,<br>　　v.<br>JOE A. LIZARRAGA (Warden),<br>　　　　Respondent. | No. LA CV 17-05946-VBF-KS<br>**FINAL JUDGMENT** |

**Final judgment is hereby entered in favor of respondent and against petitioner** Francisco Argenis Parra.  IT IS SO ADJUDGED.

Dated:  December 27, 2018

　　　　　　　　　　　　　　　　　　　*Valerie Baker Fairbank*
　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Honorable Valerie Baker Fairbank
　　　　　　　　　　　　　　　　　　　Senior United States District Judge